**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Donald L. McDaniel,Jr.
Dixon Correctional Institute DOC No. 598390
P.O.Box 788
Jackson, LA  70776

**REHEARING ACTION: July 1, 2015**

**Docket Number: 15   00016-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD L. MCDANIEL,JR.**

**Writ Application from Calcasieu Parish Case No. 14618-11, 16760-11**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Jimmie C. Peters**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling for the

application for rehearing filed by **Donald L. McDaniel, Jr.** is:

> **REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent